No. 83–2033.   LIBERTARIAN PARTY OF FLORIDA ET AL. *v.* FLORIDA ET AL.   C. A. 11th Cir.   Certiorari denied. ■

No. 83–2036.   RABITO *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied. ■

No. 83–2038.   GOODWIN *v.* ELKINS & CO. ET AL.   C. A. 3d Cir.   Certiorari denied. ■

No. 83–2039.   KAVANAGH *v.* MCSHEA.   Ct. App. N. Y.   Certiorari denied. ■

No. 83–2040.   WASHBURN *v.* WASHBURN.   Ct. App. D. C. Certiorari denied.

No. 83–2042.   RONALD ADAMS CONTRACTOR, INC., ET AL. *v.* OWL CONSTRUCTION CO., INC.   C. A. 5th Cir.   Certiorari denied. ■

No. 83–2043.   WILLIS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied. ■

No. 83–2044.   CARTER *v.* SHEET METAL WORKERS' INTERNATIONAL ASSN.   C. A. 11th Cir.   Certiorari denied. ■

No. 83–2045.   XANDER ET AL. *v.* COMMISSIONER OF PATENTS AND TRADEMARKS.   C. A. Fed. Cir.   Certiorari denied. ■

No. 83–2047.   MTD PRODUCTS INC. *v.* RADIO STEEL & MANUFACTURING CO.   C. A. Fed. Cir.   Certiorari denied. ■

No. 83–2048.   ZUKOWSKI *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied. ■

No. 83–2049.   KUZMA *v.* UNITED STATES POSTAL SERVICE ET AL.   C. A. 2d Cir.   Certiorari denied. ■

No. 83–2050.   PACIFIC POWER & LIGHT CO. *v.* PUBLIC SERVICE COMMISSION OF WYOMING.   Sup. Ct. Wyo.   Certiorari denied. ■